JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUAD RUMMANAH, an individual,<br><br>        Plaintiffs,<br>   v.<br><br>WALMART, INC., a corporate entity unknown; and DOES 1 through 20, inclusive,<br><br>        Defendants. | **Case No.: 8:19-cv-01825-JLS-DFM**<br>Assigned for all purposes to the<br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Smaili & Associates, P.C.

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Suad Rummanah's entire action as against all parties is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

IT IS SO ORDERED

Dated: 04/27/2020

_JOSEPHINE L. STATON_____

Honorable Josephine L. Staton
United States District Judge

ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41

2